**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | CASE NO: 15-41740-399 |
| MICHELLE C LANGLEY ) | Chapter 13 |
| ) | |
| ) | Re: Objection to Claim 2 filed by |
| ) | INTERNAL REVENUE SERV |
| ) | Acct: 1811 |
| ) | Amount: $54,668.27 |
| Debtor ) | Response Due: June 09, 2015 |
| ) | |

## TRUSTEE'S OBJECTION TO CLAIM 2

COMES NOW John V. LaBarge, Jr., Standing Chapter 13 Trustee in Bankruptcy, and for his objection to claim states as follows:

The claim of INTERNAL REVENUE SERV dated April 07, 2015, SHOULD BE ALLOWED BUT ORDERED PAID AS $38,228.79 PRIORITY AND $12,987.08 UNSECURED BECAUSE THE CLAIM IS BASED ON AN ESTIMATE. THE CREDITOR MAY FILE AN AMENDED CLAIM AFTER THE AMOUNT OF DEBT IS DETERMINED.

WHEREFORE Trustee prays the Court will enter its order sustaining this objection.

## NOTICE OF FILING OF OBJECTION TO CLAIM

Please take notice that the Chapter 13 Trustee has filed an objection to your claim. Any responsive pleading in opposition to the above objection must be filed in writing with the clerk of the U.S. Bankruptcy Court, 111 S 10TH ST 4TH FL, ST LOUIS, MO 63102, and with the Chapter 13 Trustee at the address indicated below, within 21 days of the date of this notice. If no responsive pleading is filed, the objection may be sustained and the claim disallowed or modified without further notice to any party upon submission of an order from the Trustee. If a response is filed, this matter will be set for hearing upon subsequent notice.

| | |
|---|---|
| Dated: May 19, 2015 | /s/ John V. LaBarge, Jr. |
| | John V. LaBarge, Jr. |
| OBJCLM--AC | Standing Chapter 13 Trustee |
| | P.O. Box 430908 |
| | St. Louis, MO 63143 |
| | (314) 781-8100  Fax: (314) 781-8881 |
| | trust33@ch13stl.com |

The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of May 19, 2015.

/s/ John V. LaBarge, Jr.

| | |
|---|---|
| MICHELLE C LANGLEY<br>7041 HOLLY HILLS<br>SAINT LOUIS, MO  63123 | INTERNAL REVENUE SERV<br>PO BOX 7317<br>C/O MISSOURI CASES<br>PHILADELPHIA, PA  19101-7317 |
| LAW OFFICES OF SEAN C PAUL<br>8917 GRAVOIS RD<br>ST LOUIS, MO  63123 | INTERNAL REVENUE SERV<br>PO BOX 7346<br>INSOLVENCY UNIT<br>PHILADELPHIA, PA  19101-7346 |